**Fill in this information to identify the case:**

Debtor name: **HRZN, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Beacon Funding** **3400 Dundee Road, Ste. 180** **Northbrook, IL 60062** | | **Trailer Loan** | | $168,092.04 | $0.00 | $168,092.04 |
| **Beacon Funding** **3400 Dundee Road Suite 180** **Northbrook, IL 60062** | | **Aerator Loan** | | $41,632.34 | $0.00 | $41,632.34 |
| **Canvas Credit Union** **9990 Park Meadow Dr.** **Lone Tree, CO 80124** | | **Business Vehicle (purchased under owner's name) Ford F250** | | | | $35,000.00 |
| **Colorado Department of Revenue** **1881 Pierce Street** **Lakewood, CO 80214** | | **Taxes** | | | | Unknown |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101** | | **Taxes** | | | | Unknown |
| **KeyBank National Association** **c/o Brown Dunning Walker Fein Drusch PC** **7995 E. Prentice Avenue, Ste. 101E** **Greenwood Village, CO 80111** | | **SBA Line of Credit** | | $174,000.00 | $0.00 | $174,000.00 |

Debtor  **HRZN, Inc.**                              Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LCP Management**<br>**1127 Sherman**<br>**Suite 150**<br>**Denver, CO 80203** | | **Real Estate Lease (facility rents)** | | | | $0.00 |
| **Nissan-Infiniti LT**<br>**P.O. Box 660366**<br>**Dallas, TX 75266** | | **Business Vehicle (debt incurred by principal)** | | | | $45,000.00 |
| **Pawnee**<br>**3801 Automation Way, Suite 201**<br>**Longmont, CO 80501** | | **Landscaping Equipment** | | $63,664.94 | $0.00 | $63,664.94 |
| **PNC Bank, National Association**<br>**500 First Avenue**<br>**Commercial Loan Service Center/DCC**<br>**Pittsburgh, PA 15219** | | **Skidsteer** | | Unknown | $0.00 | Unknown |
| **Sheffield**<br>**PO Box 580229**<br>**Charlotte, NC 28258** | | **Mowers Purch 1 - Landscaping Equipment** | | $9,133.03 | $0.00 | $9,133.03 |
| **Well Fargo Bank, N.A.**<br>**420 Montogmery Street**<br>**San Francisco, CA 94104** | | **Air Compressor Loan-Landscaping Equipment** | | $19,111.25 | $0.00 | $19,111.25 |
| **Wells Fargo Vendor Financial Svcs LLC**<br>**PO Box 35701**<br>**Billings, MT 59107** | | **Bobcat Loan-Landscaping Equipment** | | $49,906.59 | $0.00 | $49,906.59 |